UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In RE | * | |
| VAUGHN MILES MUNGIN | * | |
| Respondent | * | Case No. 14-MC-384 (Disciplinary) |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONDENT'S CONSENT TO IMPOSITION OF IDENTICAL DISCIPLINE

Pursuant to the Court's Show Cause Order dated July 31, 2014. Respondent consents to the U.S. District Court for the District of Maryland imposing identical discipline as that imposed by the Court of Appeals of Maryland.

Respectfully Submitted,

VAUGHN M. MUNGIN, LLC

/s/ *Vaughn Mungin*
Vaughn Mungin, Esq.
Law Offices of Vaughn M. Mungin, LLC
6305 Ivy Lane, Suite 701
Greenbelt, MD 20770
(301)313-9117 –Telephone
(301)313-9116 – Facsimile
Federal Bar No. 16441