IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

**Vaughn Miles Mungin**

**Respondent**.

CASE NO. 14-mc-384
(DISCIPLINARY)

## ORDER OF RECIPROCAL INDEFINITE SUSPENSION

Vaughn Miles Mungin, Esquire, was admitted to practice before the bar of this Court on April 15, 2005.  On July 21, 2014, this Court received a copy of an opinion from the Court of Appeals of Maryland indefinitely suspending Respondent effective August 18, 2014.  On July 31, 2014, this Court entered a show cause order requesting Respondent to show cause, if any, within thirty (30) days after service of that order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Court of Appeals of Maryland.  On July 31, 2014, the Clerk sent the show cause order by certified mail, return receipt requested, to Respondent's last known address on file with the Clerk's Office.  Respondent did not file a response and more than thirty days have expired from the date of mailing the show cause order.  It is therefore,

ORDERED by the United States District Court for the District of Maryland, that Vaughn Miles Mungin, Esquire, be and hereby is, indefinitely suspended from the practice of law before this Court.  This Order is entered, *nunc pro tunc*, from August 18, 2014, the date the Respondent was suspended by the Court of Appeals of Maryland.  Reinstatement is not automatic; Respondent must comply with Local Rule 705.4.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail.  The Clerk shall also notify the National Lawyer Regulatory Data Bank of this Order as required by Local Rule 705.5(b).

Date: Sept 4, 2014

Deborah K. Chasanow, Chief Judge
United States District Court

FinalReciprocalDisciplineNoResponse (07/2014)